**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-2365**

———————

LAURENCE W. SCHWARTZ,

               Plaintiff – Appellant,

         v.

FIRST UNITED BANK & TRUST,

               Defendant – Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (1:08-
cv-02019-AMD)

———————

Submitted:  August 27, 2009          Decided:  September 11, 2009

———————

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Griffin Vann Canada, Jr., James Andrew Sullivan, Jr., MILES &
STOCKBRIDGE, P.C., Rockville, Maryland, for Appellant.  Roger
Schlossberg, Hagerstown, Maryland; John J. Coyle, Jr.,
Cumberland, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Laurence W. Schwartz appeals the district court's order dismissing his declaratory judgment action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Schwartz v. First United Bank & Trust, No. 1:08-cv-02019-AMD (D. Md. Nov. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED